IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:25-CT-3153-D

JOHN FRANKLIN MYERS,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Plaintiff,　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　　)　　　　　　**ORDER**
　　　　　　　　　　　　　　　　　　)
FRANKLIN LEE ROUSE and LIEUTENANT )
RUSSELL WHITTINGTON,　　　　　　　)
　　　　　　　　　　　　　　　　　　)
　　　　　　　　Defendants.　　　　　)

John Franklin Myers ("plaintiff" or "Myers"), a state inmate proceeding pro se, filed a complaint under 42 U.S.C. § 1983, alleging violations of his Eighth and Fourteenth Amendment rights [D.E. 1]. The court appointed North Carolina Prisoner Legal Services, Inc. ("NCPLS") to assist Myers with conducting discovery in this action under Standing Order 21-SO-11 [D.E. 21].

Specialty Deputy Attorney General James A. Barnes IV ("Barnes") moves to withdraw as counsel for defendant Franklin Lee Rouse ("Rouse") [D.E. 23]. NCPLS takes no position on the motion [D.E. 24]. For good cause shown, the motion to withdraw [D.E. 23] is GRANTED. The Clerk of Court is DIRECTED to terminate Barnes as attorney of record for Rouse and discontinue Barnes's electronic notification in this action. Rouse now has until April 1, 2026, to respond to Myers's complaint. The Clerk of Court is DIRECTED to send a copy of this order to Rouse, and, if Rouse fails to answer or otherwise respond to the complaint by the deadline, the Clerk shall add Rouse's address of record to the docket and provide the address to Myers so that he may proceed in accordance with Federal Rule of Civil Procedure 55.

SO ORDERED. This 12 day of March, 2026.

James C. Dever

JAMES C. DEVER III
United States District Judge

2