# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**No. 5:25-ct-03153-D**

| | |
|---|---|
| **JOHN FRANKLIN MYERS,** | |
| **Plaintiff,** | |
| | **NCPLS RESPONSE** |
| **v.** | **TO APPOINTMENT ORDER** |
| **FRANKLIN LEE ROUSE, et al.,** | |
| **Defendants.** | |

In response to the Court's Order and pursuant to Standing Order 21-SO-11, I completed discovery requests and obtained the discovery materials from the opposing party. However, before I was able to provide the discovery materials and advice to Plaintiff, Plaintiff passed away.

As a result, I am unable to complete the remaining tasks contemplated by the appointment under Standing Order 21-SO-11. North Carolina Prisoner Legal Services, Inc. ("NCPLS") therefore requests to be relieved from this appointment. Alternatively, NCPLS requests further instructions from this Court on how to proceed.

Respectfully submitted on this 15th day of June, 2026.

/s/ *Ruth Kintzele*
Ruth Kintzele
N.C. Bar No. 62482
rkintzele@ncpls.org
N.C. Prisoner Legal Services
Post Office Box 25397
Raleigh, NC 27611
(919) 856-2200
(919) 856-2223 (Fax)

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 15, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record. A copy of the filing was also mailed to the pro se defendant in this case:

**Franklin Lee Rouse**

2111 Emerson Rd.
Kinston, NC 28504

/s/ *Ruth Kintzele*
Ruth Kintzele